Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-15816-AMC

ISOBEL RAMOS  
3303 OAKMONT STREET  
PHILADELPHIA  PA    19136

Petition Filed Date: 08/17/2016  
341 Hearing Date: 11/18/2016  
Confirmation Date: 03/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $550.00 | | 01/28/2019 | $550.00 | | 02/05/2019 | $350.00 | |
| 02/11/2019 | $200.00 | | 02/28/2019 | $550.00 | | 03/25/2019 | $550.00 | |
| 04/10/2019 | $550.00 | | 05/16/2019 | $550.00 | | 07/29/2019 | $550.00 | |
| 08/05/2019 | $550.00 | | 09/09/2019 | $550.00 | | 10/02/2019 | $550.00 | 6223789000 |
| 11/04/2019 | $550.00 | 6301144000 | 12/02/2019 | $550.00 | 6367707000 | 01/02/2020 | $550.00 | 6447441000 |
| 02/18/2020 | $550.00 | | 03/05/2020 | $550.00 | | 04/13/2020 | $550.00 | |
| 05/11/2020 | $550.00 | | 06/11/2020 | $550.00 | | 07/06/2020 | $550.00 | |
| 08/10/2020 | $550.00 | | | | | | | |

**Total Receipts for the Period: $11,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $444.96 | $0.00 | $444.96 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,028.91 | $0.00 | $1,028.91 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Mortgage Arrears | $20,000.00 | $18,428.50 | $1,571.50 |
| 6 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 006 | Unsecured Creditors | $8,919.56 | $0.00 | $8,919.56 |
| 4 | PECO ENERGY COMPANY<br>»» 004 | Unsecured Creditors | $2,825.96 | $0.00 | $2,825.96 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $1,192.05 | $1,098.39 | $93.66 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $104.40 | $91.35 | $13.05 |
| 9 | UNITED STUDENT AID FUNDS INC (USAF)<br>»» 009 | Unsecured Creditors | $5,214.98 | $0.00 | $5,214.98 |
| 3 | CIBIK & CATALDO PC<br>»» 003 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 16-15816-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,850.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $23,118.24 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,231.90 | Total Plan Base: | $27,500.00 |
| Funds on Hand: | $499.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.