United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Isobel Ramos  
    Debtor

Case No. 16-15816-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 32 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Isobel Ramos, 3303 Oakmont Street, Philadelphia, PA 19136-3510 |
| 13784503 | + | ACS Education Services, PO Box 7052, Utica, NY 13504-7052 |
| 13875412 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13784508 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 13784511 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13784513 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13784515 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13912751 | + | Matteo S. Weiner, Esquire, US Bank National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13828814 | + | Office of UC Benefits Policy, Department of Labor & Industry, Office of Chief Counsel, 651 boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 13784518 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13784521 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13784522 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13784523 | + | Usa Funds/sallie Mae Servicing, CBE Group, PO Box 900, Waterloo, IA 50704-0900 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2021 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 18 2021 03:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125855 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 18 2021 03:37:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13781675 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 18 2021 03:05:52 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13784506 | | Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13784507 | | Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13800574 | + | Email/Text: megan.harper@phila.gov | Mar 18 2021 03:38:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA |

Case 16-15816-amc    Doc 42    Filed 03/19/21    Entered 03/20/21 00:50:09    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 32 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19102-1640 |
| 13784504 | + | Email/Text: ecf@ccpclaw.com | Mar 18 2021 03:37:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13784509 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 18 2021 03:37:00 | Commonwealth of PA, UC Benefits Overpayment Section, 501 Labor andIndustry Building, 7th and Foster Streets, Harrisburg, PA 17121 |
| 13784510 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 18 2021 03:37:00 | Commonwealth of PA, UC Benefits Overpayment Section, Claimant Services, PO Box 67503, Harrisburg, PA 17106-9894 |
| 13784512 | + | Email/Text: bknotice@ercbpo.com | Mar 18 2021 03:38:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13784514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2021 03:37:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13784516 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 02:53:21 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 13779984 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 02:41:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13784517 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2021 03:38:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| 13795731 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 18 2021 03:37:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13784519 | + | Email/Text: blegal@phfa.org | Mar 18 2021 03:38:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 13784520 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 18 2021 03:37:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13784505 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2021 | Form ID: 138NEW | Total Noticed: 32 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association as Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Plaintiff Isobel Ramos ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Isobel Ramos ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Isobel Ramos ecf@ccpclaw.com igotnotices@ccpclaw.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Isobel Ramos

      Debtor(s)                      Bankruptcy No: 16−15816−amc

                                                                                               Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                          900 Market Street
                                                Suite 400
                                          Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                For The Court
                                                                     Timothy B. McGrath
                                                                         Clerk of Court

Dated: 3/17/21

                                                                                                                        41 − 40
                                                                                              Form 138_new